# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2026-0380

———————————————

JESSICA ANNE GIBSON,

Petitioner,

v.

JAMES ALLEN GIBSON,

Respondent.

———————————————

Petition for Writ of Prohibition—Original Proceedings.

June 10, 2026

PER CURIAM.

DISMISSED as legally insufficient.

KELSEY, LONG, and TREADWELL, JJ., concur.

———————————————

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

———————————————

Jessica Anne Gibson, pro se, Petitioner.

No appearance for Respondent.